IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MANAL FARHAN, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 24-cv-00168 |
| | ) | |
| | ) | |
| 2715 NMA LLC and | ) | |
| M. FISHMAN & COMPANY | ) | |
| | ) | |
| *Defendants*. | ) | |

## NOTICE OF APPEAL

    NOTICE IS HEREBY GIVEN that MANAL FARHAN, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order granting Defendants' motion to dismiss and entering judgment in their favor, entered in this action on March 18, 2024.

                                                                                   Respectfully Submitted,
                                                                                  MANAL FARHAN

                                                                                  /s/ Sheryl Melanie Weikal
                                                                                  By one of her attorneys,
                                                                                  Sheryl Weikal, Esq.

Sheryl Weikal, Esq. #6311043/#62447/#366156
518 South Route 31, Suite 113
McHenry, Illinois 60050
(847) 975-2643
Sheryl@weikallaw.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record for the plaintiffs, hereby certifies that on March 26, 2024, she served a copy of the above notice of appeal and this certificate of service, on:

**Jonathan M. Cyrluk**
Carpenter Lipps LLP
180 N. LaSalle Street
Ste. 2105
Chicago, IL 60601
312-777-4820
Email: cyrluk@carpenterlipps.com

**Noah S Weininger**
The Weininger Law Firm LLC
161 N. Clark St
Suite 1600
Chicago, IL 60601
312-796-8850
Email: nweininger@weiningerlawfirm.com

by electronic means pursuant to Electronic Case Filing (ECF). Pursuant to FRCP 5, the undersigned certifies that, to her best information and belief, there are no non-CM/ECF participants in this matter.